# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CLARENCE ZACHERLE (a/k/a CLARENCE RANDALL ZACHERLE, a/k/a RANDY ZACHERLE,<br>*Plaintiff*<br>v.<br>SPOKANE COUNTY JAIL, SPOKANE COUNTY SHERIFF, and DR. CHRIS KENNEDY,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-CV-5122-JPH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendants. The Complaint (ECF No. 10) is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on a Report and Recommendation to dismiss the Complaint (ECF No. 11).

Date: April 8, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen